IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY STOCKER MINA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 14-MC-254 |
| | : | |
| v. | : | |
| | : | |
| ENET ADVERTISING, OPTIMA WEB DESIGN, RON SHUR, NICKOLAI POTAPOV, and JUDGE JOHN L. BRAXTON, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 10th day of February, 2015, the *pro se* plaintiff, Anthony Stocker Mina, having filed an application to proceed *in forma pauperis* and a motion for relief from judgment, *see* Doc. No. 1; and for the reasons set forth in the court's accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The plaintiff's application to proceed *in forma pauperis* is **GRANTED**;

2. The motion for relief under Rule 60 of the Federal Rules of Civil Procedure (Doc. No. 1) is **DENIED** and this action is **DISMISSED WITH PREJUDICE**; and

3. The clerk of court shall **CLOSE** this case.

BY THE COURT:



_____
EDWARD G. SMITH, J.